**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Davey L. Davis, | ) | No. CV-06-1116-PHX-FJM |
| Petitioner, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| Dora Schriro, et al., | ) ) ) | |
| Respondents. | ) ) ) | |

The court has before it petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (doc. 1), respondents' responses (docs. 12, 38, 42), and petitioner's replies (docs. 13, 43), petitioner's motion to dismiss an unbriefed claim of ineffective assistance of counsel (doc. 15), and respondents' response (doc. 16).  We also have before us the report and recommendation of the United States Magistrate Judge (doc. 44) recommending that we deny the motion to dismiss as moot and deny the petition for writ of habeas corpus as untimely under the Anti-Terrorism and Effective Death Penalty Act of 1996.  See 28 U.S.C. § 2244(d).  Petitioner has not objected to the report and recommendation and the time for doing so has expired.

The court accepts the recommended decision of the magistrate judge pursuant to Rule 8(b), Rules Governing Section 2254 Cases.  Therefore, **IT IS ORDERED DENYING** the

1  motion to dismiss as moot (doc. 15), and **DENYING** the petition for writ of habeas corpus
2  (doc. 1).
3      DATED this 3rd day of June, 2008.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge

- 2 -